# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE DAVIS, et al., <br><br>        Plaintiffs, <br><br>    v. <br><br>JP MORGAN CHASE BANK N.A., <br><br>        Defendants. | Case No. 16-cv-04095 NC <br><br>**ORDER OF CONDITIONAL DISMISSAL** <br><br>Re: Dkt. 9 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 60 days. All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: September 14, 2016

                                                      Nathanael M. Cousins <br>
                                                    United States Magistrate Judge